**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Elizabeth Geddings and Donald Trammell, Defendants,

Of whom Elizabeth Geddings is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2015-000139

———————————

Appeal From Pickens County
Tarita A. Dunbar, Family Court Judge

———————————

Unpublished Opinion No. 2015-UP-283
Submitted May 22, 2015 – Filed June 9, 2015

———————————

**AFFIRMED**

———————————

Thomas Harper Collins, of Harper Collins LLC, of Anderson, for Appellant.

Patti Beverly Brady, of the South Carolina Department of Social Services, of Pickens, for Respondent.

Steven Luther Alexander, of the Alexander Law Firm, of Pickens, for the Guardian ad Litem.

---

**PER CURIAM:** Elizabeth Geddings appeals the family court's order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Geddings's counsel.

**AFFIRMED.**[1]

**FEW, C.J., and HUFF and WILLIAMS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.